FORM 117



The Commonwealth of Massachusetts
Department of Industrial Accidents -- Department 117
600 Washington Street – 7th Floor, Boston, Massachusetts 02111
Info. Line 800-323-3249 ext. 470 in Mass. Outside Mass. – 617-727-4900 ext. 470
http://www.state.ma.us/dia

DIA Board # (If Known):

26642-11

## AGREEMENT FOR REDEEMING LIABILITY BY LUMP SUM UNDER G.L. CH. 152 FOR INJURIES OCCURRING ON OR AFTER NOV. 1, 1986

Page 1 of 2
Please Print or Type

| | | | |
|---|---|---|---|
| EMPLOYEE | Liliana Medina | LUMP SUM AMOUNT | $ 15,000.00 |
| EMPLOYER | Trustees of Philips Academy | TOTAL DEDUCTIONS | $ 2,266.50 |
| INSURER | NEEIA Compensation, Inc. | NET TO CLAIMANT | $ 12,733.50 |
| BOARD NUMBER | 26642-11 | TOTAL PAYMENTS | $ 15,000.00 (Weekly benefits plus lump sum) |
| DATE OF INJURY | 9/30/2011 | | |

CHECK WHERE APPLICABLE

( )  Liability has been established by acceptance or by standing decision of the Board, the Reviewing Board, or a court of the Commonwealth and this settlement shall not redeem liability for the payment of medical benefits and vocational rehabilitation with respect to such injury.

(X)  Liability has NOT been established by standing decision of the Board, the Reviewing Board, or a court of the Commonwealth and this settlement shall redeem liability for the payment of medical benefits and vocational rehabilitation benefits with respect to such injury.

( )  In addition to the lump-sum, the insurer agrees to pay all outstanding reasonable and related medical bills incurred as of this date.

( )  The employee is currently receiving a cost-of-living adjustment.

DEDUCTIONS: From the lump-sum amount as stated above, the amount(s) listed below will be deducted and paid directly to the following parties:

NAME                                                                 ADDRESS

| # | $ | | Name | Address |
|---|---|---|---|---|
| 1. | $ 2,250.00 Attorney's Fee | | D'Angelo & Hashem LLC | 401 Andover St., Ste. 202, N. Andover, MA 01845 |
| 2. | $ 16.50 Attorney's Expenses | | D'Angelo & Hashem, LLC (Please attach documentation) | |
| 3. | $ Liens | | (Please attach discharges) | |
| 4. | $ Inchoate Rights | | (Please specify release) | |
| 5. | $ | | | |
| 6. | $ | | | |
| 7. | $ | | | |

DEPARTMENT OF INDUSTRIAL ACCIDENTS
DIVISION OF DISPUTE RESOLUTION
APPROVED
MAY 10 2012
by [signature]
Administrative Judge
In Accordance with MASS. G.L.c.152

(OVER)

Form 117 -- Revised 8/2001 -- Reproduce as needed.

AGREEMENT FOR REDEEMING LIABILITY BY LUMP SUM SETTLEMENT (Page 2 of 2)

EMPLOYEE MEDICAL INFORMATION:

Age __47__  No. of Dependents __2__  Average Weekly Wage  $ __883.60__  Compensation Rate  $ __530.16__

Social Security No.*: __[redacted]__  Occupation __Gift Receiver__  Educational Background __some college__

On Social Security: YES( ) NO(x)

On Public Employee Disability Retirement: YES( ) NO(x)

DIAGNOSIS __anxiety, stress__  PRESENT MEDICAL CONDITION __Fair__

Present Work Capacity: __Disabled__  Third Party Action __None__

PLEASE GIVE A BRIEF HISTORY OF THE CASE AND INDICATE WHY THE SETTLEMENT IS IN THE EMPLOYEE'S BEST INTEREST (Specify all allocations):

Ms. Medina alleges she participated in a meeting with her supervisor and coworkers on September 30, 2011, wherein one coworker allegedy made threats against her. Following this meeting, she presented to Exeter Hospital with headaches. She was treated initially by her primary care physician, Dr. Michael Romanowsky, and was referred for psychological counseling to Sylvia Von Sacken, LICSW. Ms. von Sacken diagnosed EE with post-traumatic stress and anxiety, with a major depressive episode. EE has not returned to work. It is mutually agreed by the parties, including EE, Employer/Self-Insurer, that this settlement closes out any potential claims, including those under Sec. 28 and section 36 the EE may have. Liability has not been accepted. Self-Insurer shall pay the following amounts: $ 15,000 to EE, D'Angelo & Hashem, LLC, which includes settlement and Attorney Wolman's claims for legal services and expenses per 452 CMR 1.02. The proposed settlement is a compromise representing potential future § 34 or 35 benefits without the risk of the Self-Insurer prevailing in its opposition. An appropriate Sciarotta Allocation has been made. The proposed settlement represents payment of benefits over employee's life expectancy of 37.6 years in the weekly amount of $ 7.67. Given the EE's age, education, and work history, it is rational to prorate the net settlement proceeds over her life expectancy, and the compromise is reasonable. This agreement shall take effect upon approval by the U.S. Bankruptcy Court for the District of New Hampshire, in the matter of In re: Woodrow M. & Liliana Medina, 1:12-bk-10166.

(Please attach a separate sheet if necessary.)

Received of __NEEIA Compensation, Inc.__ the Lump Sum of __fifteen thousand__ dollars and __Zero__ cents ($ __15,000.00__)

This payment is received in redemption of the liability of all weekly payments now or in the future due me under the Workers' Compensation Act, for all injuries received by __Liliana Medina__ on or about __9/30/2011__ while in the employ of __Trustees of Philips Academy__ . I fully understand that after all of the deductions herein I will receive $ __12,733.50__ . I am fully satisfied with and request approval of this settlement. This agreement has been translated for me into my native language of __n/a__ .

|  | SIGNATURE | ADDRESS | ZIP CODE |
|---|---|---|---|
| CLAIMANT: | [signed] Liliana Medina | 87 Hickory Road<br>Hampstead, NH | 03841 |
| CLAIMANT'S COUNSEL: | [signed] | 401 Andover St., Ste. 202<br>N. Andover, MA | 01845 |
| INSURER'S COUNSEL: | [signed] | 1383 Main St., Ste. 203<br>Springfield, MA | 01103 |

Signed this __24th__ day of __April__ 2012.

*Disclosure of Social Security Number is Voluntary. It will aid in the processing of this document.

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

### HealthPort.
### INVOICE

Invoice #: 0104668437
Date: 2/9/2012
Customer #: 1560966

Ship to:

JAY M WOLMAN
DANGELO AND HASHEM
401 ANDOVER ST STE 202
NORTH ANDOVER, MA 01845

Bill to:

JAY M WOLMAN
DANGELO AND HASHEM
401 ANDOVER ST STE 202
NORTH ANDOVER, MA 01845

Records from:

EXETER HOSPITAL
FIVE ALUMNI DRIVE
EXETER, NH 03833

Requested By: DANGELO AND HASHEM
Patient Name: MEDINA LILIANA

DOB: 032165

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 15.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 17 | 0.00 | 0.00 |
| Shipping | | | 1.50 |
| Subtotal | | | 16.50 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 16.50 |
| Balance Due | | | 16.50 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days         Please remit this amount : $ 16.50 (USD)

---

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0104668437

Check # _____

Payment Amount $_____

### Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

FORM 116C



The Commonwealth of Massachusetts
Department of Industrial Accidents – Department 116C
600 Washington Street – 7th Floor, Boston, Massachusetts 02111
Info. Line 800-323-3249 ext. 470 in Mass. Outside Mass. – 617-727-4900 ext. 470
http://www.state.ma.us/dia

DIA Board #
(If Known):

26642-11

# LIEN DISCLOSURE FORM
## TO BE COMPLETED BY THE EMPLOYEE

I, _____Liliana Medina_____
(Print Name)

hereby certify that, to the best of my knowledge, there are no outstanding liens or claims for reimbursement out of the proceeds of my workers' compensation settlement by the Department of Transitional Assistance, Department of Revenue Child Support Enforcement Unit, Veterans Services, prior counsel, or any medical, dental, hospital or disability income provider. My workers' compensation DIA Board number(s) is (are): _____26642-11_____

*SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.*

_____/s/ Liliana Medina_____
Signature of Employee

87 Hickory Road
Hampstead, NH 03841
Address of Employee

0__-__-____
Social Security Number

5/10/12
Date

*Disclosure of Social Security Number is voluntary. It will assist in the processing of this document.

Reproduce as needed.

Form 116C Revised 8/2001
PSC (800) 51-TURBO