UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re: <u>Woodrow M. & Liliana Medina,</u>      Bk. No. 12-10166-JMD
        Debtors

                        Chapter 13

ORDER

THIS MATTER came before the undersigned United States Bankruptcy Judge on the Motion to Approve Lump-Sum Settlement Agreement Already Approved By the Massachusetts Department of Industrial Accidents. Upon consideration of the motion, the Court ORDERS, ADJUDGES AND DECREES as follows:

The Motion to Approve Lump-Sum Settlement Agreement is hereby GRANTED, and it is FURTHER ORDERED that the Lump-Sum Settlement Agreement of Debtor Liliana's claim against Trustees of Philips Academy, bearing Massachusetts Department of Industrial Accidents Board No. 26642-11 is hereby APPROVED.

~~DATED this ___ day of _____ 2012 at MANCHESTER, NEW HAMPSHIRE.~~

                                              /s/ J. Michael Deasy
                                              _____
May 23, 2012                              J. Michael Deasy
                                               BANKRUPTCY JUDGE